## Lazrow, Appellant, v. Philadelphia Housing Authority.

Argued November 23, 1953. Before STERN, C. J., STEARNE, JONES, CHIDSEY, MUSMANNO and ARNOLD, JJ.

588

590

*Frank B. Murdoch,* with him *Gilbert W. Oswald* and *William A. Schnader,* for appellant.

*George E. Peterson,* for appellee.

*Howard E. Stern,* with him *Milton C. Sharp,* for Redevelopment Authority of City of Philadelphia, amicus curiae.

OPINION PER CURIAM, January 4, 1954:

The decree is affirmed on the opinion of Judge Levinthal for the court below.

Decree affirmed at the appellant's costs.